# Mogill, Appellant, *v.* Central Railroad of New Jersey.

*Railroads—Carriers of passengers—Tickets—Limitation of liability as to baggage.*

Where a railroad ticket has printed upon its face in clear and legible type the words : " Only 150 pounds of baggage allowed each passenger ; company's responsibility limited to $1.00 per pound," no excess of the amount specified can be recovered for loss of baggage, by a passenger accepting the ticket.

Argued Oct. 13, 1903.    Appeal, No. 116, Oct. T., 1903, by plaintiff, from judgment of C. P. No. 1, Phila. Co., Sept. T., 1902, No. 2416, on verdict for plaintiff in case of Albert Mogill v. Central Railroad of New Jersey.    Before RICE, P. J., BEAVER, ORLADY, SMITH, PORTER, MORRISON and HENDERson, JJ.    Affirmed.

Trespass to recover damages for loss of baggage.    Before BIDDLE, P. J.

The facts are similar to those in Jacobs v. Central Railroad of New Jersey, 19 Pa. Superior Ct. 13.

*Error assigned* was in directing a verdict for plaintiff for $150.

*George Douglas Hay* and *B. Gordon Bromley*, for appellant.

*Arthur G. Dickson* and *Richard C. Dale*, for appellee.

OPINION BY ORLADY, J., May 10, 1904 :

It is apparent from the charge of the court that Jacobs v. Central Railroad of New Jersey, 19 Pa. Superior Ct. 13, was regarded as decisive of the plaintiff's right to recover more than $150, and the affirmance of that judgment by the Supreme Court on March 28, 1904, makes that case a binding authority.    Nothing can be added with profit to the opinion of Mr. Justice BROWN and this judgment is affirmed for the reasons therein given.